# UNITED STATES BANKRUPTCY COURT
# Western District of Texas
# San Antonio Division

Bankruptcy Case No.: 19−50900−cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC** , Debtor(s)

Adversary Proceeding No.: 22−05077−cag

Judge: Craig A Gargotta

**Dundon Capital Partners LLC**
Plaintiff

v.

**Charles Ebersol**
Defendant

## ORDER TO PERFECT SERVICE

It appearing to the Court that Plaintiff(s) has failed to comply with the provision of Bankruptcy Rule 7004, **IT IS THEREFORE ORDERED** that counsel for the Plaintiff(s) obtain service of process on the following Defendant(s) in this case within thirty (30) days from entry of this order:

Charles Ebersol

Failure to do so will result in dismissal for want of prosecution.

Dated: 12/13/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Perfect Service Order (AP)]** [OpsAPap]