# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 19−50900−cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC** , Debtor(s)

Adversary Proceeding No.: 22−05077−cag

Judge: Craig A Gargotta

**Dundon Capital Partners LLC**
Plaintiff

v.

**Charles Ebersol**
Defendant

## ORDER TO SEEK DEFAULT

It appearing to the Court that summons has been executed on the following Defendant(s):

**Charles Ebersol**

**IT IS THEREFORE ORDERED** that counsel for the Plaintiff(s) seek a Request for Clerk's Entry of Default pursuant to Federal Rule of Bankruptcy Procedure 7055(a) within thirty (30) days from entry of this order. Failure to do so will result in dismissal for want of prosecution.

**IT IS FURTHER ORDERED** that after the Clerk's Entry of Default is entered pursuant to Federal Rule of Bankruptcy Procedure 7055(a), counsel for the Plaintiff(s) shall seek a default judgment pursuant to Federal Rule of Bankruptcy Procedure 7055(b). Failure to do so will result in dismissal for want of prosecution.

Dated:  2/8/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Seek Default Order (AP)]** [OsdAPap]