# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> LEGENDARY FIELD EXHIBITIONS, § <br> LLC, § <br> § <br> § <br> Debtor. § | CASE NO. 19-50900-CAG <br> CHAPTER 7 |
| § <br> DUNDON CAPITAL PARTNERS LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CHARLES EBERSOL, § <br> § <br> Defendant. § | ADV. NO. 22-05077 <br> Judge: Craig A. Gargotta |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER

**TO THE HONORABLE CRAIG GARGOTTA, U.S. BANKRUPTCY JUDGE:**

Charles Ebersol files this Unopposed Motion to Extend Time to Answer and would respectfully show:

1. Dundon Capital Partners, LLC ("DCP") filed this suit on November 14, 2022 at 3:44 p.m. ("05077").

2. About 1 hour and 20 minutes later, at 5:05 p.m., Randolph N. Osherow filed Adversary Proceeding No. 22-05078, styled *Osherow v. Thomas Dundon, et al.* ("05078").

3. Adversary Proceedings 05077 and 05078 are related; the Trustee's suit alleges that DCP and others breached promises and duties related to funding and operating the AAF and this 05077 alleges that Ebersol made misrepresentations to DCP about the AAF's debts and funding requirements.

UNOPPOSED MOTION TO EXTEND TIME TO ANSWER – Page 1
12114696v1
08011.671

4. At the time 05077 and 05078 were filed, the parties in all the cases were actively discussing consolidating the cases for pretrial proceedings and possibly for trial under a single consistent case management order.

5. The Trustee and defendants in 05078 agreed to extend defendant's time to answer or move in that proceeding to February 7, 2023. Concomitantly, the Trustee's time to answer the motion to dismiss defendants filed was extended to March 24, 2023. These parties deferred discussion of a comprehensive scheduling order.

6. As a result of confusion in communications, Ebersol's counsel believed that his answer date would be tied to a common scheduling order for the two proceedings and therefore did not file an answer or motion to extend at that time.

7. The parties agree that considering the misunderstanding that Ebersol should receive an extension of time to file his answer up to and until March 9, 2023. Ebersol is contemporaneously with the filing of this motion, filing his Original Answer to Plaintiff's Original Complaint. A copy of that Answer is attached hereto as ***Exhibit A***.

**FOR THESE REASONS** defendant Ebersol respectfully requests that the Court enter an order extending Ebersol's time to answer up to and through March 9, 2023.

Respectfully submitted,

**THOMPSON, COE, COUSINS AND IRONS, LLP**

By: */s/ William N. Radford*
William N. Radford
Texas Bar No. 16455200
wradford@thompsoncoe.com
700 N. Peal Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8212
Fax: (214) 871-8209

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER – Page 2**
12114696v1
08011.671

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909
Michael J. Saltz
*Pro Hac Vice Application Pending*
msaltz@jrsnd.com

**ATTORNEYS FOR CHARLES EBERSOL**

## CERTIFICATE OF CONFERENCE

This is to certify that on this day, the undersigned conferred with Brent Hockaday, one of the attorneys representing Plaintiff, and Mr. Hockaday advised that Plaintiff is unopposed to the foregoing Motion to Extend Time to Answer.

*/s/ William N. Radford*
William N. Radford

## **CERTIFICATE OF SERVICE**

By my signature below, I hereby certify that on or before the March 6, 2023, a true and correct copy of the foregoing document was served to the below listed parties via electronic means as listed on the Court's ECF noticing system or by electronic mail.

| | |
|---|---|
| Jeff Lowenstein, Esq.<br>Brent D. Hockaday, Esq.<br>Brent Turman, Esq.<br>Bell Nunnally Martin LLP<br>2323 Ross Avenue<br>Suite 1900<br>Dallas, TX 75201<br>214-740-1400<br>Email: bhockaday@bellnunnally.com<br>   jlowenstein@bellnunnally.com<br>   bturman@bellnunnally.com | Patrick H. Autry, Esq.<br>Branscomb PLLC<br>4630 N. Loop 1604 W.<br>Suite 206<br>San Antonio, TX 78249<br>(210) 598-5400 (main number)<br>(210) 598-5405 (fax)<br>pautry@branscomblaw.com |

*/s/ William N. Radford*
William N. Radford