IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE § § LEGENDARY FIELD EXHIBITIONS, LLC, § § § DEBTOR. § | § § § § § § | CASE NO. 19-50900-CAG CHAPTER 7 |
| DUNDON CAPITAL PARTNERS LLC, § Plaintiff, § v. § CHARLES EBERSOL, § Defendant. | § § § § § § § § § | Adversary No. 22-05077-cag Judge: Craig A. Gargotta |

## STATEMENT REGARDING CONSENT

Pursuant to the Court's Order Requiring Statement Regarding Consent, Doc#13, Plaintiff Dundon Capital Partners LLC ("DCP") files this Statement Regarding Consent:

DCP consents to the entry of final orders and a final judgment by the Court (an Article I bankruptcy judge) in this adversary proceeding.

DATED March 10, 2023.

        Respectfully submitted,

        **BELL NUNNALLY & MARTIN LLP**

        By:   /s/ *Brent D. Hockaday*
              Jeffrey S. Lowenstein
              Texas Bar No. 24007574
              jlowenstein@bellnunnally.com
              Brent D. Hockaday
              Texas Bar No. 24071295
              bhockaday@bellnunnally.com
              Brent A. Turman
              Texas Bar No. 24077506
              bturman@bellnunnally.com
              (*application pending*)
              Sydnie A. Shimkus
              Texas Bar No. 24093783
              sshimkus@bellnunnally.com
              (*application pending*)
              2323 Ross Ave., Ste. 1900
              Dallas, Texas 75201
              (214) 740-1400
              (214) 740-1499 Fax

        And

        Patrick H. Autry
        Texas Bar No. 01447600
        pautry@branscomblaw.com
        4360 North Loop 1604 W.
        Suite 206
        San Antonio, Texas 78249
        (210) 598-5400

        **ATTORNEYS FOR PLAINTIFF**
        **DUNDON CAPITAL PARTNERS LLC**

# CERTIFICATE OF SERVICE

      I certify that on **March 10, 2023,** a true and correct copy of the foregoing was served, upon filing, via the Court's CM/ECF system upon those parties subscribing thereto and via first class mail, postage prepaid, to the Defendant's counsel at the following address:

| | |
|---|---|
| Michael J. Saltz, Esq.<br>msaltz@jrsnd.com<br>**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**<br>1880 Century Park East<br>Suite 900<br>Los Angeles, California 90067<br>Tel: 310.446.9900 Ext. 201<br>Fax: 310.446-9909<br>www.jrsnd.com<br>*Counsel for Defendant Charles Ebersol* | William N. Radford<br>wradford@thompsoncoe.com<br>**THOMPSON, COE, COUSINS & IRONS, L.L.P.**<br>700 N. Pearl Street, Twenty-Fifth Floor<br>Dallas, Texas 75201-2832<br>Tel: 214.871.8200<br>Fax: 214.871.8209<br>www.thompsoncoe.com<br>*Counsel for Defendant Charles Ebersol* |

              */s/ Brent D. Hockaday*
              Brent D. Hockaday