

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 28, 2023.**

_____
**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-50900-cag |
| | § | |
| LEGENDARY FIELD EXHIBITIONS LLC | § | |
| et al., | § | CHAPTER 7 |
|     Debtors. | § | |
| | | |
| DUNDON CAPITAL PARTNERS LLC, | § | |
|     Plaintiff, | § | ADVERSARY NO. 22-05077-cag |
| v. | § | |
| | § | |
| CHARLES EBERSOL, | § | |
|     Defendant. | § | |

### ORDER VACATING ORDER TO SEEK DEFAULT (ECF NO. 8)

On this date came on to be considered the above-styled and numbered adversary case and, in particular, the Order to Seek Default (ECF No. 8) (the "Order"). The Court, having reviewed the file and record in the case, finds that Order was entered in error and should be vacated.

IT IS THEREFORE ORDERED that the Order to Seek Default (ECF No. 8) is hereby VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately cause notice of the entry of this Order to be served on all parties in interest in this case.

# # #