# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LEGENDARY FIELD EXHIBITIONS, LLC, | § § § § § | CASE NO. 19-50900-CAG CHAPTER 7 |
| Debtor. | § | |
| | § | |
| DUNDON CAPITAL PARTNERS LLC, | § § § | |
| Plaintiff, | § § | ADV. NO. 22-05077 |
| v. | § § | Judge: Craig A. Gargotta |
| CHARLES EBERSOL, | § § | |
| Defendant. | § | |

## DEFENDANT'S STATEMENT REGARDING CONSENT

Pursuant to the Court's Order Requiring Statement Regarding Consent (Doc. 13), Defendant Charles Ebersol ("Defendant") files his Statement Regarding Consent:

To the extent that this Court has subject matter jurisdiction over this adversary proceeding,[1] Defendant consents to the entry of final orders and a final judgment by the Court (an Article I Bankruptcy Judge) in this adversary proceeding.

DATED: March 29, 2023.

Respectfully submitted,

**THOMPSON, COE, COUSINS AND IRONS, LLP**

By: */s/ William N. Radford*
William N. Radford

---

[1] In his Original Answer to Plaintiff's Original Complaint (Doc.11), Defendant asserts that this Court lacks subject matter jurisdiction over this matter.

**DEFENDANT'S STATEMENT REGARDING CONSENT – Page 1**
12214485v1
12946.003

Texas Bar No. 16455200
wradford@thompsoncoe.com
700 N. Peal Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8212
Fax: (214) 871-8209

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909
Michael J. Saltz
*Pro Hac Vice Application Pending*
msaltz@jrsnd.com

**ATTORNEYS FOR CHARLES EBERSOL**

**CERTIFICATE OF SERVICE**

By my signature below, I hereby certify that on or before the March 29, 2023, a true and correct copy of the foregoing document was served to the below listed parties via electronic means as listed on the Court's ECF noticing system or by electronic mail.

| | |
|---|---|
| Jeff Lowenstein, Esq.<br>Brent D. Hockaday, Esq.<br>Brent Turman, Esq.<br>Bell Nunnally Martin LLP<br>2323 Ross Avenue<br>Suite 1900<br>Dallas, TX 75201<br>214-740-1400<br>bhockaday@bellnunnally.com<br>jlowenstein@bellnunnally.com<br>bturman@bellnunnally.com | Patrick H. Autry, Esq.<br>Branscomb PLLC<br>4630 N. Loop 1604 W.<br>Suite 206<br>San Antonio, TX 78249<br>(210) 598-5400 (main number)<br>(210) 598-5405 (fax)<br>pautry@branscomblaw.com |

*/s/ William N. Radford*
William N. Radford

**DEFENDANT'S STATEMENT REGARDING CONSENT – Page 2**
12214485v1
12946.003