UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § § **LEGENDARY FIELD EXHIBITIONS, LLC,** § § § § **Debtor.** § | § § § § § § § | **CASE NO. 19-50900-CAG** **CHAPTER 7** |
| **DUNDON CAPITAL PARTNERS LLC,** § § **Plaintiff,** § § v. § § **CHARLES EBERSOL,** § § **Defendant.** § | § § § § § § § § § § § | **ADV. NO. 22-05077** **Judge: Craig A. Gargotta** |

## STIPULATION TO EXTEND DISCLOSURE DEADLINE

1. Dundon Capital Partners, LLC ("DCP") filed this suit on November 14, 2022 at 3:44 p.m. ("05077").

2. About 1 hour and 20 minutes later, at 5:05 p.m., Randolph N. Osherow filed Adversary Proceeding No. 22-05078, styled *Osherow v. Thomas Dundon*, et al. ("05078").

3. Adversary Proceedings 05077 and 05078 are related; the Trustee's suit alleges that DCP and others breached promises and duties related to funding and operating the AAF and this 05077 alleges that Ebersol made misrepresentations to DCP about the AAF's debts and funding requirements.

4. Since the filing of 05077 and 05078, the parties in both cases have actively discussed consolidating the cases for pretrial proceedings and possibly for trial under a single

consistent case management order. The parties to 05077 are in agreement to consolidation of the cases and to entry of a single consistent case management order.

5. On March 30 the Court issued a Scheduling Order setting deadlines for, among other things, filing initial disclosures, amending and supplementing pleadings, and discovery.

6. In anticipation that a consolidated case management order will be entered in 05077 and 05078 DCP and Defendant Charles Ebersol STIPULATE to extend the deadline for serving initial disclosures until May 30, 2023, or at such time the Court designates as part of the new consolidated matter.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ William N. Radford
William N. Radford
Texas State Bar No. 16455200
wradford@thompsoncoe.com

700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP

1880 Century Park East, Suite 900
Los Angeles, California 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909
Michael J. Saltz
*Pro Hac Vice Application Pending*
msaltz@jrsnd.com

**ATTORNEYS FOR DEFENDANT CHARLES "CHARLIE" EBERSOL**

and

**STIPULATION TO EXTEND DISCLOSURE DEADLINE – Page 2**
12295919v1
12946.003

**BELL NUNNALLY & MARTIN LLP**

By: /s/ *Brent D. Hockaday*
Jeffrey S. Lowenstein
Texas Bar No. 24007574
jlowenstein@bellnunnally.com
Brent D. Hockaday
Texas Bar No. 24071295
bhockaday@bellnunnally.com
Brent A. Turman
Texas Bar No. 24077506
bturman@bellnunnally.com
(*application pending*)
Sydnie A. Shimkus
Texas Bar No. 24093783
sshimkus@bellnunnally.com
(*application pending*)
2323 Ross Ave., Ste. 1900
Dallas, Texas 75201
(214) 740-1400
(214) 740-1499 Fax

And

Patrick H. Autry
Texas Bar No. 01447600
pautry@branscomblaw.com
4360 North Loop 1604 W., Suite 206
San Antonio, Texas 78249
(210) 598-5400

**ATTORNEYS FOR PLAINTIFF DUNDON CAPITAL PARTNERS LLC**

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that on April 13, 2023, true and correct copies of the foregoing document were served electronically via the Court's CM/ECF system to all those entitled to receive service in this adversary proceeding and to all counsel of record via email, as follows:

Brent D. Hockaday
Jeffrey S. Lowenstein
Brent A. Turman
BELL, NUNNALLY & MARTIN, LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
bhockaday@bellnunnally.com
jlowenstein@bellnunnally.com
bturman@bellnunnally.com
**Attorneys for Dundon Capital Partners LLC**

William A. "Trey" Wood, III
Steve Turner
BRACEWELL, LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Trey.wood@bracewell.com
**Attorneys for Chapter 7 Trustee**

Brian S. Engel
BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
3809 Juniper Trace, Suite 205
Austin, Texas 78738
brianen@bdfgroup.com
wdecf@bdfgroup.com
**Attorneys for Chapter 7 Trustee**

Randolph N. Osherow
342 West Woodlawn Avenue, Suite 100
San Antonio, Texas 78212
rosherow@hotmail.com
**Chapter 7 Trustee**

                                    */s/ William N. Radford*
                                    William N. Radford