IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE § § | CASE NO. 19-50900-CAG | |
| LEGENDARY FIELD EXHIBITIONS, LLC, § § § | CHAPTER 7 | |
| DEBTOR. § § | | |

| | | |
|---|---|---|
| DUNDON CAPITAL PARTNERS LLC, § § | | |
| Plaintiff, § § | Adversary No. 22-05077-cag | |
| v. § § § | Judge: Craig A. Gargotta | |
| CHARLES EBERSOL, § § | | |
| Defendant. § | | |

## JOINT MOTION TO STAY PENDING DEADLINES

Plaintiff Dundon Capital Partners LLC ("DCP") and Defendant Charles Ebersol ("Ebersol") respectfully request this Court stay all remaining deadlines in this adversary proceeding (the "Adversary Proceeding") while they move to consolidate the discovery schedule with Adversary Case No. 22-05078-cag, *Osherow, in his capacity as Chapter 7 Trustee et al. v. Thomas G. Dundon, et al* (the "Trustee's Lawsuit"). In support of the Motion, the Parties submit the following:

1.  Plaintiff initiated this Adversary Proceeding on November 14, 2022 [ECF No. 1]. Prior to and since the initiation of this matter, counsel for Plaintiff and Defendant engaged in numerous discussions regarding potential consolidation with this case and the Trustee's Lawsuit.

2. On March 6, 2023, Ebersol filed an Unopposed Motion to Extend Time to Answer, contemplating such consolidation and a comprehensive scheduling order [ECF No. 10]. Ebersol filed his Original Answer later that day [ECF No. 11].

3. On March 30, 2023, the Court entered a Scheduling Order with accelerated deadlines, including a docket call for trial in less than six months for August 1, 2023 [ECF No. 19].

4. The Parties subsequently stipulated to extend the Scheduling Order's deadline for serving initial disclosures until May 30, 2023, awaiting the conclusion of the present motion practice in the Trustee's Lawsuit to address the consolidation issues [ECF No. 21].

5. The parties conferred with the Trustee regarding whether the Trustee consents to consolidating this Adversary Proceeding with the Trustee's Lawsuit. While the Trustee has not consented to a consolidation of the trial on all the claims in the Adversary Proceeding and the Trustee's Lawsuit, the Trustee, as well as the parties to this matter, agree and consent to a consolidated discovery schedule between both matters.

6. Staying the deadlines for this particular Adversary Proceeding, pending the Court's ruling on the anticipated requested consolidated schedule, will preserve the Parties' respective resources and promote judicial economy. There is a tremendous amount of overlap between witnesses, arguments, and evidence. Conservation of both judicial and party resources would be heeded by a consolidated pre-trial discovery reschedule.

7. Staying the remaining deadlines relating to this Adversary Proceeding pending the parties in the Adversary Proceeding and Trustee's Lawsuit submitting a proposed scheduling order would conserve judicial and party resources at this time. *Landis v. North Am. Co.*, 299 U.S. 248, 254-55 (U.S. 1936) ("[T]he power to stay proceedings is incidental to the power inherent in every

court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *In re Divine Ripe, L.L.C.,* 538 B.R. 300, 309 (Bankr. S.D. Tex. 2015) (reasoning the proper use of this discretionary power requires, "weighing competing interests and maintaining an even balance.").

8. Accordingly, the parties move this Court to stay the remaining deadlines in this Adversary Proceeding pending the Court's ruling on the forthcoming proposed consolidated scheduling order.

WHEREFORE, Plaintiff Dundon Capital Partners LLC and Defendant Charlie Ebersol respectfully request that the Court stay all deadlines in this Adversary Proceeding pending the resolution of the determination of consolidation of the scheduling order for the Adversary Proceeding and the Trustee's Lawsuit.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By: /s/ *Brent D. Hockaday*
    Jeffrey S. Lowenstein
    Texas Bar No. 24007574
    jlowenstein@bellnunnally.com
    Brent D. Hockaday
    Texas Bar No. 24071295
    bhockaday@bellnunnally.com
    Beverly Whitley
    Texas Bar No. 21374500
    bwhitley@bellnunnally.com
    Brent A. Turman
    Texas Bar No. 24077506
    bturman@bellnunnally.com
    Sydnie A. Shimkus
    Texas Bar No. 24093783
    sshimkus@bellnunnally.com

    2323 Ross Ave., Ste. 1900
    Dallas, Texas 75201
    (214) 740-1400
    (214) 740-1499 Fax

    AND

    Patrick H. Autry
    Texas Bar No. 01447600
    pautry@branscomblaw.com

    4360 North Loop 1604 W., Suite 206
    San Antonio, Texas 78249
    (210) 598-5400

**ATTORNEYS FOR PLAINTIFF**
**DUNDON CAPITAL PARTNERS LLC**

**AND**

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By: /s/ *William N. Radford (with consent)*
William N. Radford, Esq.
Texas Bar No. 16455200
wradford@thompsoncoe.com

700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
(214) 871-8200
(214) 871-8209 Fax

And

Michael J. Saltz, Esq.
JACOBSON, RUSSELL, SALTZ, NASSIM
& DE LA TORRE, LLP
msaltz@jrsnd.com
1880 Century Park East, Suite 900
Los Angeles, California 90067
(310) 446-9900, Ext. 201
(310) 446-9909 Fax

**ATTORNEYS FOR DEFENDANT CHARLES EBERSOL**