

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 18, 2023.**

_____
**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | **CASE NO. 19-50900-CAG** |
| **LEGENDARY FIELD EXHIBITIONS, LLC,** | § | |
| | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |

| | | |
|---|---|---|
| **DUNDON CAPITAL PARTNERS LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Adversary No. 22-05077-cag** |
| **v.** | § | |
| | § | **Judge: Craig A. Gargotta** |
| **CHARLES EBERSOL,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER GRANTING JOINT MOTION TO STAY

Before the Court is the Joint Motion to Stay Pending Deadlines. The Court, having considered same, finds it should grant the Motion.

The Court stays all pending deadlines in this matter until further order of the Court.

Adversary Case No. 22-05077-cag, *Dundon Capital Partners LLC v. Charles Ebersol*.

**SO ORDERED.**

# # #

Prepared and submitted by,

**BELL NUNNALLY & MARTIN LLP**

By:  /s/ *Brent D. Hockaday*
Jeffrey S. Lowenstein
Texas Bar No. 24007574
jlowenstein@bellnunnally.com
Beverly A. Whitley
Texas Bar No. 241374500
bwhitley@bellnunnally.com
Brent D. Hockaday
Texas Bar No. 24071295
bhockaday@bellnunnally.com
2323 Ross Ave., Ste. 1900
Dallas, Texas 75201
(214) 740-1400
(214) 740-1499 Fax

**AND**

**BRANSCOMB PLLC**
Patrick H. Autry
Texas Bar No. 01447600
pautry@branscomblaw.com
8023 Vantage, Suite 560
San Antonio, Texas 78230
210.598.5400 (Telephone)
210.598.5405 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**