# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC**, Debtor(s)

Adversary Proceeding No.: 22–05077–cag

Judge: Craig A Gargotta

**Dundon Capital Partners LLC**
Plaintiff

v.

**Charles Ebersol**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on  **1/31/25 at 08:30 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 137 Objection to Dundon Capital Partners, LLC's Evidence in Support of Summary Judgment Response Filed by Michael J Saltz, Tom Horan for Defendant Charles Ebersol. Related document(s) 124 Response (Adversary) filed by Plaintiff Dundon Capital Partners LLC. Hearing Scheduled For 1/31/2025 at 08:30 AM at SA Courtroom 3 (Mujica, Roxanne)

Dated: 1/22/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]