# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 19–50900–cag

Chapter No.: 7

IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC**, Debtor(s)

Adversary Proceeding No.: 22–05077–cag

Judge: Craig A Gargotta

**Dundon Capital Partners LLC**
Plaintiff

v.

**Charles Ebersol**
Defendant

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **01/15/2025** was filed on **03/12/2025**. The following deadlines apply:

The parties have until **March 19, 2025** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **April 2, 2025**.

If a request for redaction is filed, the redacted transcript is due **April 14, 2025**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **June 10, 2025** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Toni Hudson, 361–949–2988**, or you may view the document at the clerk's office public terminal.

Dated: 3/13/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Krystal Torres

[Notice of Filing of Transcript (AP)] [NtcftddlrrAPap]