**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **LEGENDARY FIELD** | § | **CASE NO. 19-50900-CAG** |
| **EXHIBITIONS, LLC,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |
| | § | |

| | | |
|---|---|---|
| **DUNDON CAPITAL PARTNERS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adversary No. 22-05077-CAG-7** |
| | § | |
| **CHARLES EBERSOL,** | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF DUNDON CAPITAL PARTNERS, LLC'S
RESPONSE TO DEFENDANT CHARLES EBERSOL'S
MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff Dundon Capital Partners, LLC does not oppose Charles Ebersol's request for entry of final judgment.  ECF 176.

1.      This case was consolidated with Adversary Proceeding 22-05078 by order entered December 4, 2024.  Adv. No. 22-05079, ECF 167.  The Order maintained the separateness of the adversary proceedings for judgment.  *Id.*

2.      The Court granted Ebersol's motion for summary judgment by order entered March 3, 2025.  ECF 171.

3.      DCP intends to appeal the ruling.

4.      A party cannot appeal an order granting a summary judgment; the Court must enter a separate judgment to trigger the appellate deadlines. FED. R. CIV. P. 58(a).

5.      DCP agrees with Ebersol that Rule 54(b) does not require a certification in this case. *See generally* 10 WRIGHT, CHARLES A., *et al.*, FED PRAC. & PROC. § 2656 (Supp. 2025). "Rule 54(b) addresses orders adjudicating fewer than all claims" in a multiclaim case; it does not apply when an order adjudicates all claims in a case consolidated for pretrial with another case. *Gelboim v. Bank of American Corp.*, 574 U.S. 405, 416 (2015) (examining final order in case consolidated for pretrial in multidistrict litigation).

6.      Because Rule 54(b) does not require a certification for finality, no impediment exists to the Court entering a final judgment in this case.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

*/s/ Beverly A. Whitley*
Jeffrey S. Lowenstein
Texas Bar No. 24007574
jlowenstein@bellnunnally.com
Beverly A. Whitley
Texas Bar No. 21374500
bwhitley@bellnunnally.com
Brent A. Turman
Texas Bar No. 24077506
bturman@bellnunnally.com
2323 Ross Ave., Ste. 1900
Dallas, Texas 75201
(214) 740-1400
(214) 740-1499 Fax

and

**K&L GATES LLP**

By:    Brent D. Hockaday
Texas Bar No. 24071295
Brent.hockaday@klgates.com
1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5677
(214) 939-5849 Fax

**ATTORNEYS FOR DEFENDANT
DUNDON CAPITAL PARTNERS LLC**

<u>**CERTIFICATE OF SERVICE**</u>

      The undersigned certifies a true and correct copy of the foregoing was served by delivering the same to the person listed below in the manner and on the date indicated.

William N. Radford
Thomas M. Horan II
Thompson Coe
700 N. Pearl Street, 25th Floor
Dallas, TX 75201
wradford@thompsoncoe.com
thoran@thompsoncoe.com

Michael Saltz
Jacobson, Russell, Saltz, Nassim & De La Torre, LLP
1880 Century Park East, Suite 900
Los Angeles, CA 90067
msaltz@jrsnd.com

*Attorneys for Charles Ebersol*

Dated May 5, 2025.

                               */s/ Beverly A. Whitley*
                               Beverly A. Whitley

10691784 / 04251-00025