

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 07, 2025.**

_____
**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | § | |
|---|---|---|
| **DUNDON CAPITAL PARTNERS LLC,** | § | |
| Plaintiff, | § | |
| | § | **ADV. NO. 22-05077** |
| v. | § | |
| | § | **Judge: Craig A. Gargotta** |
| **CHARLES EBERSOL,** | § | |
| Defendant. | § | |

### FINAL JUDGMENT

On March 3, 2025, this Court granted Defendant Charles Ebersol's Motion for Summary Judgment and Brief in Support Thereof. [Doc. 171, Mem, Op. & Order]. It is therefore ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing by its suit, that Plaintiff's claims are dismissed on the merits, and that Defendant recover costs from Plaintiff.

This is a FINAL JUDGMENT that disposes of all parties and all claims in the above-captioned case.

**SO ORDERED**

### END OF ORDER #