**APPEAL**

# U.S. Bankruptcy Court
## Western District of Texas (San Antonio)
## Adversary Proceeding #: 22−05077−cag

*Assigned to:* Chief Bkrpcy Judge Craig A Gargotta     *Date Filed:* 11/14/22
*Lead BK Case:* 19−50900
*Lead BK Title:* Legendary Field Exhibitions, LLC and AAF Properties, LLC
*Lead BK Chapter:* 7
*Demand:* $70000000
  *Nature[s] of Suit:* 02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

*Plaintiff*
-----------------------
**Dundon Capital Partners LLC**    represented by    **Troy L Hales, II**
Bell Nunnally & Martin LLP
2323 Ross Ave.
Ste. 1900
Dallas, TX 75201
241−740−1456
Fax : 214−740−5756
Email: thales@bellnunnally.com

**Brent D. Hockaday**
K&L Gates, LLP
1717 Main St #2800
Dallas, TX 75201
214−939−5677
Fax : 214−939−5849
Email: brent.hockaday@klgates.com

**Jeffrey S Lowenstein**
Bell Nunnally & Martin LLP
2323 Ross Ave., Ste. 1900
Dallas, TX 75201
214−740−1410
Fax : 214−740−1499
Email: jlowenstein@bellnunnally.com

**Brent A. Turman**
Bell Nunnally & Martin LLP
2323 Ross Ave.
Ste. 1900
Dallas, TX 75201
214−740−1487
Email: bturman@bellnunnally.com

**Brent A. Turman**
Bell Nunnally & Martin
2323 Ross Avenue
Suite 1900
Dallas, TX 75201

        214–740–1487
        Fax : 223–740–1499
        Email: bturman@bellnunnally.com

        **Gwen Irene Walraven**
        Bell Nunnally & Martin
        2323 Ross Avenue
        Suite 1900
        Dallas, TX 75201
        214–740–1400
        Fax : 214–740–1499
        Email: gwalraven@bellnunnally.com

        **Beverly Whitley**
        Bell Nunnally Martin LLP
        2323 Ross Ave
        Suite 1900
        Dallas, TX 75201
        214–770–1473
        Email: bwhitley@bellnunnally.com

V.

*Defendant*
————————————————

| | | |
|---|---|---|
| **Charles Ebersol**<br>1700 Northside NW Dr, #A7<br>Atlanta, GA 30318 | represented by | **Tom Horan**<br>Thompson, Coe, Cousins & Irons, L.L.P.<br>700 North Pearl Street<br>Suite 2500<br>Dallas, TX 75201<br>214–871–8241<br>Fax : 214–871–8209<br>Email: thoran@thompsoncoe.com |
| | | **Simone E Poyourow**<br>Jacobson Russell Saltz Nassim et al<br>1880 Century Park E #900<br>Los Angeles, CA 90067<br>310 446 9900 #290 |
| | | **William N Radford**<br>Thompson, Coe, Cousins & Irons, L.L.P.<br>700 N. Pearl Street<br>25th Floor<br>Dallas, TX 75201<br>214–871–8212<br>Fax : 214–871–8209<br>Email: wradford@thompsoncoe.com<br>*TERMINATED: 08/09/2024* |
| | | **Michael J Saltz**<br>Jacobson, Russell, Saltz, Nassim & de la Torre, LLP<br>1880 Century Park East<br>Suite 900<br>Los Angeles, CA 90067<br>310–446–9900<br>Fax : 310–446–9909<br>Email: msaltz@jrsnd.com |

*Trustee*

|  |  |
|---|---|
| _____<br>**Randolph N. Osherow, in his capacity as Chapter 7 Trustee** | represented **Brian S. Engel**<br>by Engel, PLLC<br>100 Commons Road, Suite 7<br>Box 172<br>Dripping Springs, TX 78620<br>(512) 565–5521<br>Email: brianengel@me.com<br><br>**Jonathon S. Farahi**<br>Abir Cohen Treyzon Sala, LLP<br>16001 Ventura Blvd., Suite 200<br>Encino, CA 91436<br>424–288–4367<br>Fax : 424–2288–4368<br>Email: JFarahi@actslaw.com<br><br>**Boris Treyzon**<br>Abir Cohen Treyzon Salo LLP<br>16001 Ventura Blvd.<br>Suite 200<br>Encino, CA 91436<br>424–288–4367<br>Fax : 424–288–4368<br>Email: btreyzon@actslaw.com |

| Filing Date | # | Docket Text |
|---|---|---|
| 06/03/2025 | 194 | Appellant's Designation of Contents and Issues for Inclusion in Record on Appeal filed by Beverly Whitley for Plaintiff Dundon Capital Partners LLC (Whitley, Beverly) (related document(s): 183 Notice of Appeal filed by Beverly Whitley for Plaintiff Dundon Capital Partners LLC (Whitley, Beverly) (related document(s): 180 Final Judgment (related document(s): 176 Motion for Entry of Final Judgment filed by Michael J Saltz, Tom Horan for Defendant Charles Ebersol))) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LEGENDARY FIELD EXHIBITIONS, LLC, | § § § | CASE NO. 19-50900-CAG |
| | § | Chapter 7 |
| Debtor. | § § | |

| | | |
|---|---|---|
| DUNDON CAPITAL PARTNERS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary No. 22-05077-CAG-7 |
| CHARLES EBERSOL, | § § § | |
| Defendant. | § | |

**APPELLANT DUNDON CAPITAL PARTNERS, LLC'S
DESIGNATION OF ISSUES AND RECORD ON APPEAL**

Appellant Dundon Capital Partners , LLC designates the following issues and record for its appeal to the United States District Court for the Western District of Texas, San Antonio Division, from the Judgment entered in the above-captioned adversary proceeding on May 7, 2025. ECF No. 180.

**ISSUES TO BE PRESENTED ON APPEAL**

1. Whether the Bankruptcy Court erred in holding that no genuine issue of material fact exists with respect to whether Dundon Capital Partners, LLC sustained an injury in fact under Article III.

2. Whether the Bankruptcy Court erred in holding that no genuine issue of material fact exists with respect to whether Dundon Capital Partners, LLC entered a binding contract with Ebersol Sports Media Group, Inc.

3. Whether the Bankruptcy Court erred in holding that no genuine issue of material facts exists as to whether Charles Ebersol fraudulently induced Dundon Capital Partners, LLC to enter an agreement with Ebersol Sports Media Group, Inc.

4. Whether the Bankruptcy Court erred in granting summary judgment in favor of Charles Ebersol on Dundon Capital Partners, LLC's claims based on Section 33 of the Texas Securities Act and Chapter 27 of the Texas Business and Commerce Code.

## RECORD ON APPEAL

5. The following items should be included in the record on appeal:

| NO. | DATE | DESCRIPTION |
|---|---|---|
| 1 | 11/14/2022 | Plaintiff's Original Complaint |
| 11 | 03/06/2023 | Defendant Charles "Charlie" Ebersol's Original Answer to Plaintiff's Original Complaint |
| 57 | 06/21/2024 | Modified Pre-Trial Scheduling Order |
| 85 | 11/26/2024 | Joint Motion to Consolidate Actions for Joint Trial |
| 102 | 12/13/2024 | Defendant Charles Ebersol's Motion for Summary Judgment and Brief in Support Thereof<br>• Exhibits B, C, D, E, F, H, I, and K-1 to the motion were filed under seal. ECF No. 106. |
| 124 | 01/10/2025 | Plaintiff Dundon Capital Partners, LLC's Response to Defendant Charles Ebersol's Motion for Summary Judgment |
| 137 | 01/21/2025 | Objection to Dundon Capital Partners, LLC's Evidence in Support of Summary Judgment Response |
| 138 | 01/21/2025 | Reply in Support of His Motion for Summary |
| 141 | 01/22/2025 | Hearing to Consider and Act Upon the Following related documents: Doc. 137 Objection to Dundon Capital Partners, LLC's Evidence in Support of Summary Judgment Response; Doc. 124 Plaintiff Dundon Capital Partners, LLC's Response to Defendant Charles Ebersol's Motion for Summary Judgment |
| 142 | 01/22/2025 | Plaintiff's Notice of Filing Revised Response to Defendant Ebersol's Motion for Summary Judgment |
|  | 01/31/2025 | [No Document] Hearing re Doc. 102 – Charles Ebersol's Motion for Summary Judgment and Brief in Support Thereof |
| 158 | 02/06/2025 | Transcript of Hearing on January 31, 2025. |
| 165 | 02/21/2025 | Order Regarding Doc. 161 – Dundon Capital Partners, LLC's Motion to Strike Ebersol's Notice of Errata and Advisory as |

2

| NO. | DATE | DESCRIPTION |
|---|---|---|
|  |  | Improper and Untimely Filed |
| 169 | 02/27/2025 | Transcript by Jonathon Farahi re Doc 102 Charles Ebersol's Motion for Summary Judgment and Brief in Support and Tom Horan |
| 131 | 03/03/2025 | Memorandum Opinion and Order Granting Defendant's Motion for Summary Judgment (ECF No. No. 102) |
| 176 | 04/10/2025 | Defendant Charles Ebersol's Motion for Entry of Final Judgment |
| 178 | 05/05/2025 | Plaintiff Dundon Capital Partners, LLC's Response to Defendant Charles Ebersol's Motion for Entry of Final Judgment |
| 179 | 05/06/2025 | Order on Charles Ebersol's Motion for Entry of Final Judgment |
| 180 | 05/07/2025 | Final Judgment |
| 183 | 05/20/2025 | Notice of Appeal |
| 244 in Adversary Proceeding 23-05078 | 02/06/2025 | Transcript of Hearing on February 4, 2025 |
| 194 | 06/03/2025 | Appellant Dundon Capital Partners, LLC's Designation of Issues and Record on Appeal |
|  |  | Court docket. |

## TRANSCRIPT

6.    The hearings held January 31, 2025, and February 4, 2025, have already been transcribed. The Bankruptcy Court requested that the hearing on January 31, 2025, be transcribed, ECF No. 156, and it was filed on February 6, 2025, ECF No. 158. The Bankruptcy Court requested that the hearing on February 4, 2025, be transcribed in a related proceeding, Adversary Proceeding 22-05078, ECF No. 242, and it was filed on February 6, 2025, in Adversary Proceeding 22-05078, ECF No. 244.

3

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By: /s/ *Beverly A. Whitley*
Jeffrey S. Lowenstein
Texas Bar No. 24007574
jlowenstein@bellnunnally.com
Beverly A. Whitley
Texas Bar No. 21374500
bwhitley@bellnunnally.com
2323 Ross Ave., Ste. 1900
Dallas, Texas 75201
(214) 740-1400
(214) 740-1499 Fax

**K&L GATES LLP**

Brent D. Hockaday
Texas Bar No. 2407129
Brent.hockaday@klgates.com
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5677
(214) 939-5849 Fax

**ATTORNEYS FOR PLAINTIFF
DUNDON CAPITAL PARTNERS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies a true and correct copy of the foregoing was served by delivering the same to the person listed below in the manner and on the date indicated.

**VIA ECF**

Thomas M. Horan II
Thompson Coe
700 N. Pearl Street, 25th Floor
Dallas, TX 75201
thoran@thompsoncoe.com
Michael Saltz
Jacobson, Russell, Saltz, Nassim
  & De La Torre, LLP
1880 Century Park East, Suite 900
Los Angeles, CA 90067
msaltz@jrsnd.com
**Attorneys for Charles Ebersol**

Brian S. Engle
State Bar No. 00789279
Engle, PLLC
100 Commons Road Suite 7, Box 172
Dripping Springs, TX 78620
brianengel@me.com

Jonathon S. Farahi
JFarahi@actslaw.com
Boris Treyzon
btreyzon@actslaw.com
Abir Cohen Treyzon Salo, LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436
**Attorneys for Randolph N. Osherow**
**In his capacity as Chapter & Trustee**

Dated June 3, 2025.

*/s/Beverly A. Whitley*
Beverly A. Whitley

10702976.1 / 04251-00025