# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

| | |
|---|---|
| IN RE: **Legendary Field Exhibitions, LLC and AAF Properties, LLC**, Debtor(s) | Bankruptcy Case No.: 19−50900−cag |
| | Chapter No.: 7 |

| | |
|---|---|
| **Dundon Capital Partners LLC** | |
| Plaintiff | Adversary Proceeding No.: 22−05077−cag |
| v. | Judge: Craig A Gargotta |
| **Charles Ebersol** | |
| Defendant | |

## TRANSMISSION OF RECORD ON APPEAL TO DISTRICT COURT

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 8010(b) the undersigned hereby transmits the following record for entry on the docket of the United States District Court for Civil Action Number 5:25−cv−00562

CM/ECF Doc. 180 entered 5/7/2025 Final Judgment.

| | |
|---|---|
| ☐ | Notice of Appeal, Order/Judgment, Docket Report, List of Parties to the Appeal and Designation(s) [if any]. |
| ☑ | Items designated by Appellant |
| ☐ | Items designated by Appellee |
| ☐ | No designation of Record on Appeal Filed |
| ☐ | Copies of items designated by Appellant/Appellee have not been provided nor copy fee paid by filer pursuant to FRBP 8009 |
| ☐ | Additional Items: |

**REMARKS**:

The Appellant's designation of the record on appeal and statement of issues is complete.

Dated: 6/24/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Rob Lawson , Deputy Clerk

[LtrTrnDc(AP)] [LtrTrnDcAPintp]