**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 13, 2025.**



_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **LEGENDARY FIELD EXHIBITIONS, LLC,** | § § § § | CASE NO. 19-50900-CAG |
| | | **Chapter 7** |
| Debtor. | § § | |

_____

| | | |
|---|---|---|
| **DUNDON CAPITAL PARTNERS, LLC,** | § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary No. 22-05077-CAG-7 |
| **CHARLES EBERSOL,** | § § § | |
| Defendant. | § | |

**ORDER DENYING EBERSOL'S MOTION FOR LEAVE**

1

Charles Ebersol moved the Court for leave to allow him to file a reply in support of his motion for sanctions. ECF 216. Dundon Capital Partners filed a timely response in opposition. ECF 217. The Court denies the motion.

**SO ORDERED**.

# # #

Prepared and submitted by,

**BELL NUNNALLY & MARTIN LLP**

*Beverly A. Whitley*
Jeffrey S. Lowenstein
Texas Bar No. 24007574
jlowenstein@bellnunnally.com
Beverly A. Whitley
Texas Bar No. 21374500
bwhitley@bellnunnally.com
2323 Ross Ave., Ste. 1900
Dallas, Texas 75201
(214) 740-1400
(214) 740-1499 Fax

and

**K&L GATES LLP**

Brent D. Hockaday
Texas Bar No. 24071295
Brent.hockaday@klgates.com
1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5677
(214) 939-5849 Fax

**ATTORNEYS FOR PLAINTIFF**

10867172.1