IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **LEGENDARY FIELD EXHIBITIONS, LLC,** | § § § | CASE NO. 19-50900-CAG |
| | § | Chapter 7 |
| Debtor. | § | |

| | | |
|---|---|---|
| **DUNDON CAPITAL PARTNERS, LLC,** | § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary No. 22-05077-CAG-7 |
| **CHARLES EBERSOL,** | § § § | |
| Defendant. | § | |

**JOINT SUPPLEMENT TO DESIGNATION OF RECORD ON APPEAL**

Appellant Dundon Capital Partners, LLC and Appellee Charles Ebersol jointly designate the following document to supplement the record for the captioned appeal. Appellant included Ebersol's motion for summary judgment (ECF No. 102) as part of the record in its initial designation of issues and record on appeal, but it appears only the redacted (as filed) version of the motion was included in the record. The parties stipulate to the inclusion of an unredacted copy of the motion in the record on appeal. A copy of the unredacted motion is attached to this designation.

The following items should be included in the record on appeal in addition to the items identified in the parties' previously filed designations and supplements to the record on appeal:

| NO. | DATE | DESCRIPTION |
|---|---|---|
| 220 | 08/20/2025 | The Parties' Joint Supplement to Designation of Record on Appeal<br>• 220-1: Unredacted version of Ebersol's Motion for Summary Judgment (ECF No. 102) |

1

| NO. | DATE | DESCRIPTION |
|-----|------|-------------|
|     |      | Updated court docket. |

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By: /s/ *Beverly A. Whitley*
    Jeffrey S. Lowenstein
    Texas Bar No. 24007574
    jlowenstein@bellnunnally.com
    Beverly A. Whitley
    Texas Bar No. 21374500
    bwhitley@bellnunnally.com
    Troy L. Hales
    Texas Bar No. 24099011
    thales@bellnunnally.com
    2323 Ross Ave., Ste. 1900
    Dallas, Texas 75201
    (214) 740-1400
    (214) 740-1499 Fax

**K&L GATES LLP**

Brent D. Hockaday
Texas Bar No. 2407129
Brent.hockaday@klgates.com
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5677
(214) 939-5849 Fax

**ATTORNEYS FOR PLAINTIFF**
**DUNDON CAPITAL PARTNERS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies a true and correct copy of the foregoing was served by delivering the same to the person listed below in the manner and on the date indicated.

**VIA ECF**

| | |
|---|---|
| Thomas M. Horan II<br>Thompson Coe<br>700 N. Pearl Street, 25th Floor<br>Dallas, TX 75201<br>thoran@thompsoncoe.com<br>Michael Saltz<br>Jacobson, Russell, Saltz, Nassim<br>  & De La Torre, LLP<br>1880 Century Park East, Suite 900<br>Los Angeles, CA 90067<br>msaltz@jrsnd.com<br>***Attorneys for Charles Ebersol*** | Brian S. Engle<br>State Bar No. 00789279<br>Engle, PLLC<br>100 Commons Road Suite 7, Box 172<br>Dripping Springs, TX 78620<br>brianengel@me.com<br><br>Jonathon S. Farahi<br>JFarahi@actslaw.com<br>Boris Treyzon<br>btreyzon@actslaw.com<br>Abir Cohen Treyzon Salo, LLP<br>16001 Ventura Blvd., Suite 200<br>Encino, CA 91436<br>***Attorneys for Randolph N. Osherow***<br>***In his capacity as Chapter 7 Trustee*** |

Dated August 27, 2025.

                                                       /s/Beverly A. Whitley
                                                       Beverly A. Whitley

10886551.1 / 04251-00025